IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ROBERT GRIFFEN | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-CV-00462 |
| | § | |
| FIESTA MART, LLC | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

Pending before the Court is Plaintiff Robert Griffen and Defendant Fiesta Mart, LLCs' Agreed Motion to Remand (Dkt. #6). Having considered the motion and the relevant pleadings, the Court finds it should be **GRANTED**.

It is therefore **ORDERED** that this cause is **REMANDED** to the 471st Judicial District Court of Collin County, Texas. All relief not specifically requested is denied and each side will bear its own costs.

**IT IS SO ORDERED**.

SIGNED this 29th day of June, 2022.

*/s/ Amos Mazzant*
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE